## ARMANT *v.* HER HUSBAND.

4 137
107 529

Blows inflicted on a wife by her husband, will entitle her to a separation from bed and board.

PPEAL from the Fourth District Court of New Orleans. *Strawbridge*, J. Judgment of separation was rendered by the lower court in this case, on proof of blows inflicted on the wife, by the husband. *Soulé*, for the plaintiff. *Roselius* and *Grymes*, for the appellant. The judgment of the court was pronounced by

KING, J. This is an action for a separation from bed and board, in which

<div style="float:left">ARMANT<br>v.<br>HUSBAND.</div>

the plaintiff prevailed in the lower court. We have given to the case the most serious consideration, and are of opinion that the judgment appealed from should be affirmed for the reasons assigned by the district judge, which, to our minds, are conclusive, and which we adopt. See also 2 Toullier, no. 764. Pothier, Cont. de Mariage, nos. 508, 509.                    *Judgment affirmed.*